No. 23-1816

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| AMANDA RAKES, et al., | Appeal from the United States District Court for the Southern District of Indiana, New Albany Division |
| *Plaintiff-Appellant*, | |
| v. | 4:21-cv-114-KMS-KMB |
| JONATHAN PAUL ROEDERER and TE'JUAN JOHNSON | Hon. Jane Magnus-Stinson, Presiding |
| *Defendants-Appellees*. | |

## DEFENDANTS-APPELLEES' UNOPPOSED MOTION
## TO SET AN EARLY ORAL ARGUMENT TIME ON JANUARY 18, 2024

NOW COME the DEFENDANTS-APPELLEES, Jonathan Paul Roederer and the Estate of Te'Juan Johnson, by and through their attorneys, the Sotos Law Firm, P.C., , hereby request an early oral argument time on January 18, 2024. In support thereof, the Defendant-Appellees state as follows:

1. On October 24, 2023, this Court entered a Notice of Oral Argument and ordered this case be orally argued on January 18, 2024 at 9:30 AM. This Court further provided each side be limited to a total of 15 minutes.

2. After the Court order was issued, undersigned Counsel for Defendants-Appellees, who will be arguing the case on appeal, became aware of an out-of-

state legal conference taking place from January 17th to 19th. Counsel would like to attend part of this conference for business purposes as there will be several clients participating in the conference.

3. In order to make a portion of this legal conference, Counsel for Defendants-Appellees respectfully requests this case be assigned first (or very early) in the roll call of the assigned cases set for the 9:30 AM oral argument slot on January 18th. If this request is granted, Counsel could make an early afternoon flight (12:55 pm) out of Chicago.

4. Defendants-Appellees have conferred with Counsel for Plaintiff-Appellant, who has no objection to the request.

**WHEREFORE,** the Defendants-Appellees, Jonathan Paul Roederer and the Estate of Te'Juan Johnson, respectfully request this case be assigned first (or very early) in the roll call of the assigned cases set for the 9:30 AM oral argument slot on January 18, 2024.

Date: January 5, 2024                     Respectfully Submitted,

/s/ Jeffrey R. Kivetz
JEFFREY R. KIVETZ, Attorney No. 6308250
*One of the Attorneys for Defendants-Appellees*

James G. Sotos
Jeffrey R. Kivetz
Elizabeth R. Fleming
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
P: (630) 735-3300
jkivetz@jsotoslaw.com

✓ **CERTIFICATE OF SERVICE**
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on ___January 5, 2024___, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/___Jeffrey R. Kivetz_____

☐ **CERTIFICATE OF SERVICE**
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

s/_____