# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

November 7, 2024

*Before*

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 23-1816 | |
| AMANDA RAKES, Administrator of the Estate of Amylyn Slaymaker and Next Friend to the minor children G.C. and M.C., | Appeal from the United States District Court for the Southern District of Indiana, New Albany Division. |
| *Plaintiff-Appellant*, | No. 4:21-cv-00114 |
| *v.* | Jane Magnus Stinson, *Judge*. |
| JONATHAN P. ROEDERER and ESTATE OF TE'JUAN JOHNSON, *Defendants-Appellees*. | |

**O R D E R**

On consideration of the petition for rehearing en banc, filed by Defendant-Appellee, Estate of Te'Juan Johnson, on October 23, 2024, no judge in active service has requested a vote on the petition for rehearing en banc, and all judges on the original panel have voted to DENY the petition for rehearing en banc.

Accordingly, the petition for rehearing en banc filed by Defendant-Appellee, Estate of Te'Juan Johnson, is DENIED.